UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN MORRIS, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:07CV1629JCH |
| | ) |
| LT. LARRY DOYLE, et al., | ) |
| | ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court on Defendants' Joint Motion to Stay Discovery. (Doc. No. 94). This Joint Motion is brought by Defendants Gerald M. Auerbach, Matthew Liefer, Joseph Vaughn, Alberto Gonzales, Steven E. Holtshouser, Charley Williams, the Federal Bureau of Investigations and the United States Department of Justice (collectively, the "federal defendants"). Upon consideration, the Court grants Defendants' motion.

The Court notes that its grant of the federal defendants' Joint Motion does not impact the Case Management Order (Doc. No. 53) for the remaining non-federal defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Joint Motion to Stay Discovery (Doc. No. 94) is **GRANTED**.

Dated this 12th day of November, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE