UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN MORRIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV01629 JCH |
| ) | |
| LARRY DOYLE, et al., ) | |
| ) | |
| Defendant(s). ) | |

# **ORDER**

This matter is before the Court upon its Order to Show Cause (Doc. No. 113). This case was originally filed on September 14, 2009. On March 3, 2010, this Court ordered Plaintiff to show cause why he has not served Defendant Correctional Officer Fields and had not identified or served the unknown agents or employees of the Federal Bureau of Investigation, the unknown agents or employees of the United States Marshall Service, the unknown agents or employees of the United States Department of Justice, the unknown agents or employees of the Lincoln County Jail, the unknown agents or employees of the Lincoln County Sheriff's Department, and the unknown agents or employees of the United States of America. (Doc. No. 113). In response to this Court's Order to Show Cause, Plaintiff stated that Defendant Correctional Officer Fields was actually Correctional Officer Phillip Huff of the Lincoln County Jail. (Doc. No. 122). Plaintiff asked for additional time to serve Correctional Officer Huff. (Id.) Plaintiff, however, did not address any of the unidentified and unserved government defendants. (Id.)

Accordingly,

**IT IS HEREBY ORDERED** that the unknown agents or employees of the Federal Bureau of Investigation, the unknown agents or employees of the United States Marshall Service, the unknown agents or employees of the United States Department of Justice, the unknown agents or employees of the Lincoln County Jail, the unknown agents or employees of the Lincoln County Sheriff's Department, and the unknown agents or employees of the United States of America are **DISMISSED** from this lawsuit, with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff has until **Monday, April 5, 2010** to serve Defendant Correctional Officer Phillip Huff. If Defendant Huff is not served by that date, then the Court may dismiss Huff for lack of timely service.

Dated this 22nd day of March, 2010.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE