UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANKLIN MORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 07CV1629 |
| vs. | ) Cause No. ~~4:05CV1455(JC~~H) |
| | ) |
| LARRY DOYLE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the jury in this cause be kept together in the custody of the United States Marshal and the jury meals shall be furnished at the expense of the United States.

Dated this 14th day of September, 2010

_____
UNITED STATES DISTRICT JUDGE



# Eagle's Nest Cafe'
111 S. 10th Street
St. Louis MO 63102
(314) 539 - 6762

# Invoice

Number: **3455**

Date: **September 14, 2010**

**Bill To:**
Judge Hamilton
Jury Meal
111 s. 10th st
St. Louis, MO 63102

**Ship To:**
Judge Hamilton
Jury Meal
111 s. 10th st
St. Louis, MO 63102

**PAID**
SEP 2 1 2010
420932

| Customer | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
|  | Jury Meals | 8.00 | 7.50 | 60.00 |

U.S. District Court, Eastern District of Missouri
Approved for Payment
Approval: KM  Date: 9-20-10
Fund: 10X092540 2547  Amount: 60.00
Document Number: P2 10/1201
Processed:  Date: 9/24/10
Agency:

SEP 2 1 2010
U.S.
Eastern District of MO

| | | | Total | $60.00 |

Thank You